# United States District Court
## SOUTHERN DISTRICT OF CALIFORNIA

Ny Nourn

            V.                **JUDGMENT IN A CIVIL CASE**

M. Lattimore

                                CASE NUMBER:    09cv2456-BEN-WVG

☐   **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that the Report and Recommendations Denying Writ of Habeas Corpus is adopted and that the Certificate of Appealability is denied.

| September 17, 2010 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |
| | s/ K. Hammerly |
| | (By) Deputy Clerk |
| | ENTERED ON September 17, 2010 |